Territorial Law Library

FILED
SUPERIOR COURT

2013 OCT 21 PM 3: 17

CLERK OF COURT
BY.

## IN THE SUPERIOR COURT OF GUAM

THE PEOPLE OF GUAM,

               vs.

RIEV OPONE ALBERT,

               Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

CRIMINAL CASE NO. CM1170-12

**DECISION AND ORDER
ON MOTION TO DISMISS**

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena III on July 9, 2013 on Defendant's Motion to Dismiss. The People were represented by Assistant Attorney General James Collins. Defendant Riev Albert was represented by Attorney Terrance Long. After a hearing, the matter was taken under advisement. The Court now issues its Decision and Order.

## BACKGROUND

On May 28, 2013 Defendant Albert filed his Motion to Dismiss. In his memorandum, he argues in favor of dismissal with prejudice as there was a delay in arraigning him in violation of Rasauo II.[1] The record reflects that the Complaint in this matter was filed on December 26, 2012. Albert wasn't arraigned until February 27, 2013; 63 days after the filing of the Complaint. For the reasons set forth below, this Court shall deny the motion.

## DISCUSSION

"An arraignment is the first or preliminary step in the progress of a trial and occurs in the early stages of the proceedings. At arraignment, a defendant is read

---

[1] People v. Rasauo, 2011 Guam 14.

the charges of the complaint, called to answer the accusation contained in the complaint, and is provided a copy of the complaint before taking a plea." People v. Julian, 2012 Guam 26 ¶ 20. "The defendant shall be arraigned promptly after the indictment or information is filed or after the complaint is filed where prosecution by complaint is required." 8 G.C.A. § 60.10.

The Supreme Court of Guam has held that "unless good cause is shown, a complaint shall be dismissed where a defendant is not promptly arraigned within 60 days of the filing of the complaint." Rasauo II, 2011 Guam 14 ¶ 14. The Supreme Court also emphasized that "[t]he issue of whether or not the case should be dismissed with or without prejudice should be decided in the first instance by the trial court." 2011 Guam 14 ¶ 16.

Defendant, in his motion, inaccurately calculates the date of his arraignment as being 91 days after the Complaint. In actuality, the arraignment took place on February 27, 2013, 63 days after the filing of the complaint. On its face, this is in violation of the rule announced in Rasauo II. However, good cause for the delay is present. Defendant previously appeared on February 20, 2013 before the Magistrate Judge. Defendant had yet to consult with his attorney for this matter. The Judge granted him one week's time to consult with his attorney. This Court finds good cause for the delay in arraignment.

## CONCLUSION

For the reasons set forth above, Defendant's Motion to Dismiss is hereby **DENIED**. This matter is set for Trial Setting on November 5, 2013 at 2:00 p.m.

It is **SO ORDERED** this 21st day of October, 2013.

Original Signed By:
Hon. Alberto C. Lamorena III

_____
HONORABLE ALBERTO C. LAMORENA, III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam

OCT 2 1 2013

Esther L.G. Pinaula
Deputy Clerk, Superior Court of Guam

-2-